IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02633-PAB-KLM

MARSHA R. BREWER,

    Plaintiff,

v.

SCHOOL BOARD OF MIAMI-YODER SCHOOL DISTRICT JT-60,
RICHARD WALTER, in his individual capacity, and
JIM DAY, in his individual capacity,

    Defendants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Unopposed Motion to Amend Complaint and Jury Demand** [Docket No. 22; Filed January 20, 2012] (the "Motion"). The Motion is unopposed and timely, as no case management deadlines have been scheduled. Accordingly, pursuant to Fed. R. Civ. P. 15(a)(2),

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Clerk of Court is directed to enter the Amended Complaint and Jury Demand located at Docket No. 22-1, effective as of the date of this Minute Order.

    IT IS FURTHER **ORDERED** that Defendants shall answer or otherwise respond to the Amended Complaint and Jury Demand on or before **February 24, 2012**.

    IT IS FURTHER **ORDERED** that **Defendants' Motion to Dismiss** [Docket No. 14; Filed November 23, 2011] is **DENIED AS MOOT**, in light of the entry of the Amended Complaint. *See, e.g., Strich v. United States*, No. 09-cv-01913-REB-KLM, 2010 WL 14826, at *1 (D. Colo. Jan. 11, 2010) (citations omitted) ("The filing of an amended complaint moots a motion to dismiss directed at the complaint that is supplanted and superseded."); *AJB Props., Ltd. v. Zarda Bar-B-Q of Lenexa, LLC*, No. 09-2021-JWL, 2009 WL 1140185, at *1 (D. Kan. April 28, 2009) (finding that amended complaint superseded original complaint and "accordingly, defendant's motion to dismiss the original complaint is denied as moot"); *Gotfredson v. Larsen LP*, 432 F. Supp. 2d 1163, 1172 (D. Colo. 2006) (noting that defendants' motions to dismiss are "technically moot because they are directed at a pleading that is no longer operative").

The Scheduling Conference remains set at April 5, 2012, at 10:30 a.m. [#21].

Dated: January 23, 2012