IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02633-PAB-KLM

MARSHA R. BREWER,

    Plaintiff,

v.

SCHOOL BOARD OF MIAMI-YODER SCHOOL DISTRICT JT-60,
RICHARD WALTER, in his individual capacity, and
JIM DAY, in his individual capacity,

    Defendants.

## MINUTE ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter is before the Court on Defendants' **Unopposed Motion for a Protective Order** [Docket No. 39; Filed October 2, 2012] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#39] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [#39-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: October 4, 2012